IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

CHRISTOPHER ALAN ANDREWS                                               PLAINTIFF
ADC #123511

VS.                       CASE NO. 2:06CV00209 JMM

ARKANSAS DEPARTMENT
OF CORRECTION, et al.                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that plaintiff's complaint against is dismissed without prejudice for failure to exhaust his administrative remedies.

SO ADJUDGED this   21   day of   November  , 2006.


_____
UNITED STATES DISTRICT JUDGE